IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EUGENE JONES                                                              PLAINTIFF
ADC #169865

v.                              No. 4:21-cv-377-DPM

USA, Secretary, Department of Treasury,
and INTERNAL REVENUE SERVICE                           DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 May 2021